JLF 16
(Rev. 07/02/03)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662–369–2596

---

In Re: Murry Franklin McGaha and Mary Ann
McGaha
Debtor(s)

Case No.: 11–14085–DWH

George and Levorn Guilty
Plaintiff(s)
    vs.
Murry Franklin McGaha
Defendant(s)

Adversary Proceeding No. 11–01237–DWH

---

**ORDER FOR SUBMISSION OF STIPULATION
AS TO TIME NEEDED FOR DISCOVERY**

Pursuant to Rule 16, Federal Rules of Civil Procedure, this Court will enter a scheduling order in the above captioned adversary proceeding. All parties or their attorneys shall confer and present to the court within 14 days from the date of entry of this order a stipulation setting forth a proposed deadline for completion of discovery. Said stipulation shall be filed in the office of the Clerk of this court.

This Court will then enter a scheduling order in accordance with Rule 16, F.R.Civ.P. After the entry of said scheduling order extensions of the discovery period will be allowed only by motion upon a good cause showing of exceptional circumstances.

Dated and Entered: 12/20/11

David W. Houston III
Judge, U.S. Bankruptcy Court

JLF 15  
(Rev. 07/02/03)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse  
703 Highway 145 North  
Aberdeen, MS 39730  
Telephone: 662−369−2596

---

In Re:  Murry Franklin McGaha and Mary Ann McGaha  
Debtor(s)

Case No.: 11−14085−DWH

George and Levorn Guilty  
Plaintiff(s)  
vs.  
Murry Franklin McGaha  
Defendant(s)

Adversary Proceeding No. 11−01237−DWH

---

## STIPULATION

It is hereby stipulated and agreed by the parties in the above captioned adversary proceeding that all discovery shall be completed on or before the _____ day of _____, 20__.

A pre−trial conference is ( ) requested ( ) waived.

This _____ day of _____, 20__.

_____  
ATTORNEY FOR PLAINTIFF

_____  
ATTORNEY FOR DEFENDANT