JLF 14
(Rev. 01/12/00)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re:    Murry Franklin McGaha and Mary Ann McGaha
          Debtor(s)

Case No.: 11−14085−DWH
Chapter: 7

George and Levorn Guilty
Plaintiff(s)
   vs.                                    Adversary Proceeding No.: 11−01237−DWH
Murry Franklin McGaha
Defendant(s)

---

**SCHEDULING ORDER**
**(WITHOUT PRE−TRIAL CONFERENCE)**

The Court having determined, pursuant to Local Rule 13(b)(3), that a pre−trial conference is unnecessary in this adversary proceeding, but that an order controlling discovery matters should be entered; it is

ORDERED:

1) That all discovery, including, inter alia, all evidentiary depositions, shall be completed not later than 7/2/12. Completion of discovery shall include all supplementation of responses to discovery procedures required by Rule 26(e), F.R.Civ.P.;

2) That all motions to amend or to join additional parties shall be filed not later than 7/16/12;

3) That all other pre−trial motions shall be filed not later than 7/16/12; and

4) That deadlines for completion of discovery, filing motions to amend or joining additional parties shall not be extended by agreement of the parties, but may be extended only by order of this Court upon good cause showing of exceptional circumstances; and it is further

ORDERED that all parties shall confer with each other and file not later than 7/30/12 an agreed statement of uncontradicted or undisputed facts and an agreed estimate of the time required to conduct the trial in this adversary proceeding. On or before said date, each party shall also separately file witness and exhibit lists. On or before said date, all parties shall exchange with each other copies of all listed exhibits. Any party failing to timely file the witness and/or exhibit list or failing to timely provide copies of all listed exhibits to counsel(s) opposite, shall be precluded from calling affected witnesses or introducing affected exhibits at the trial of this adversary proceeding.

Dated and Entered: 1/6/12

David W. Houston III
Judge, U.S. Bankruptcy Court